# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FABIAN MENESES 98),<br><br>Defendant. | CASE NO. 13CR4469-MMA-8<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>[Doc. No. 625] |

Upon due consideration of the applicable statutory factors, good cause appearing, the Court **GRANTS** Defendant Fabian Meneses' unopposed motion and **ORDERS** that his remaining term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e)(1) as of the date this Order is filed.

**IT IS SO ORDERED**.

DATE: December 23, 2019

HON. MICHAEL M. ANELLO
United States District Judge